UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE RICHARDS,<br><br>    Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK et al.,<br><br>    Appellees. | Case No. 8:23-cv-01799-SB<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    On September 26, 2023, Debtor Alicia Marie Richards filed a notice of appeal.  Dkt. No. 1.  Debtor appears to have failed to comply with Rules 8003 and 8009 of the Federal Rules of Bankruptcy Procedure by failing to file a statement of issues, designation of record, and notice of transcript.  Dkt. No. 15.  As a result, the clerk has not been able to file a certificate of readiness, and no record on appeal has been designated.

    Debtor is ordered to show cause, in writing, no later than April 29, 2024, why this appeal should not be dismissed for lack of prosecution.  Failure to timely respond to this order will be deemed consent to the dismissal without prejudice of Debtor's appeal.

Date: April 9, 2024

                                                      Stanley Blumenfeld, Jr.
                                                    United States District Judge